**HOOPA VALLEY TRIBE OF INDIANS,
petitioner, v. Jessie SHORT, et al.
No. 83–1555.**

Supreme Court of the United States.

June 18, 1984. The motion of Cherokee Nation of Oklahoma, et al. for leave to file a brief as *amici curiae* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.